1          MAGISTRATE JUDGE J. KELLEY ARNOLD

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
11                              AT TACOMA

12
    UNITED STATES OF AMERICA,          )     NO. CR 04-5445 JKA
13                                      )
               Plaintiff,               )
14                                      )     ORDER GRANTING UNOPPOSED
               vs.                      )     MOTION TO EXTEND PRETRIAL
15                                      )     MOTIONS DEADLINE
    GABRIEL A. WALDE,                   )
16                                      )
               Defendant.               )
17                                      )
    _____  )
18   _

19

20          This matter having come on upon the unopposed motion of the defendant

21  requesting an extension of the pretrial motions due date, the Court having considered the

22  same, and having concluded that such an extension should be granted, it is now therefore

23  / /

24  / /

25  / /

26
    ORDER GRANTING UNOPPOSED MOTION
    EXTENDING PRETRIAL MOTIONS DEADLINE - 1          **FEDERAL PUBLIC DEFENDER**
    (*Gabriel Walde*; #04-5445JKA)                   **1601 Fifth Avenue, Suite 700**
                                                      **Seattle, Washington  98101**
                                                      **(206) 553-1100**

1 | / /

2 |      ORDERED that the time within which to file pretrial motions is hereby extended to

3 | April 3, 2006.

4 |      DONE this  22ND  day of March, 2006.

5 |

6 |

7 |                                */S/ J. Kelley Arnold*_____
       HONORABLE J. KELLEY ARNOLD

8 |        UNITED STATES MAGISTRATE JUDGE

9 | Presented by:

10 | s/Nancy Tenney
WSBA No. 35304

11 | Assistant Federal Public Defender
Attorney for Gabriel Walde

12 | Federal Public Defender
1601 Fifth Avenue, Suite 700

13 | Seattle, WA 98101
Tel. (206) 553-1100

14 | Fax (206) 553-0120

ORDER GRANTING UNOPPOSED MOTION
EXTENDING PRETRIAL MOTIONS DEADLINE - 2
(*Gabriel Walde*; #04-5445JKA)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**